

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-19-2002

# Rivera v. Warden Allenwood

Precedential or Non-Precedential:

Docket 1-3047

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Rivera v. Warden Allenwood" (2002). *2002 Decisions.* Paper 135.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/135

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


NO. 01-3047


JAMIE RIVERA,

                                            Appellant,

                    v.


WARDEN, LSCI -- ALLENWOOD,


On Appeal from the United States District Court
For the Middle District of Pennsylvania
D.C. Civil No. 01-cv-00096
District Judge: Honorable William W. Caldwell


Submitted Pursuant to Third Circuit LAR 34.1(a)
February 11, 2002

Before MANSMANN, MCKEE and BARRY, Circuit Judges

(Filed: February 19, 2002)


MEMORANDUM OPINION


MCKEE, Circuit Judge.
    Jamie Rivera appeals the order of the United States District Court
for the Middle
District of Pennsylvania dismissing his petition for a writ of habeas
corpus under 28
U.S.C.  2241.
    Inasmuch as we write only for the parties, we need not present the
factual or
procedural background of this appeal.  We have reviewed the thoughtful
Memorandum
Opinion of the district court and we will affirm substantially for the
reasons set forth in
that opinion.
_____
TO THE CLERK:
    Please file the foregoing memorandum opinion.
                                    By the Court

_____
Circuit Judge